RECEIVED
IN LAKE CHARLES, LA

MAR 17 2014

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NKEMJIKA BONLIONEL IKE | * | CIVIL ACTION NO. 2:11-cv-2169 |
| Plaintiff | * | |
| V. | * | SECTION P |
| J. CARRIER, ET AL. | * | JUDGE MINALDI |
| Defendants | * | |
| | * | MAGISTRATE JUDGE KAY |

*************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 9] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's complaint be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this ___ day of _____March_____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE